## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

YVONNE RICE,

     Plaintiff,

                                   CASE NO.

v.

MANASSEH JORDAN MINISTRIES,

     Defendant.

_____/

## VERIFIED COMPLAINT

COMES NOW the Plaintiff, YVONNE RICE ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, MANASSEH JORDAN MINISTRIES ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

3. Because Defendant conducts business in the State of Florida personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Brandon, Hillsborough County, Florida.

6. Defendant is a business entity with its principal place of business in New York, New York.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant places constantly and consistently places telemarketing calls to Plaintiff.

9. Defendant places calls to Plaintiff's cellular telephone at phone number (813) 965-65XX

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 347-577-9467, 800-352-3407, 205-419-7583, 213-810-9899, and 303-353-1971.

11. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. Plaintiff never provided Defendant with any of her contact information, including her cellular telephone number.

13. Plaintiff never consented, explicitly or implicitly, to receive automated collection calls from Defendant.

14. On several occasions, Plaintiff has requested that Defendant cease calling her cellular telephone.

15. Despite Plaintiff's repeated requests to cease, Defendant placed at least automated calls to Plaintiff without consent to do so, including but not limited to the following:

    - April 16, 2014: one (1) call;

- April 24, 2014: one (1) call;

- May 14, 2014: one (1) call;

- May 15, 2014: one (1) call;

- May 17, 2014: one (1) call;

- June 2, 2014: one (1) call;

- June 4, 2014: one (1) call;

- June 6, 2014: one (1) call;

- June 7, 2014: one (1) call;

- June 11, 2014: one (1) call;

- June 20, 2014: one (1) call;

- June 24, 2014: one (1) call;

- June 25, 2014: one (1) call;

- July 2, 2014: one (1) call;

- July 7, 2014: one (1) call;

- July 9, 2014: one (1) call;

- July 16, 2014: four (4) calls;

- July 19, 2014: one (1) call;

- July 24, 2014: one (1) call;

- July 29, 2014: one (1) call;

- August 1, 2014: one (1) call;

- August 4, 2014: one (1) call;

- August 8, 2014: one (1) call;

- August 13, 2014: two (2) calls;

- August 18, 2014: one (1) call;

- August 19, 2014: one (1) call;

- August 20, 2014: one (1) call;

- August 22, 2014: one (1) call;

- August 23, 2013: one (1) call

- August 24, 2014: two (2) calls;

- August 27, 2014: two (2) calls;

- August 30, 2014: one (1) call;

- September 3, 2014: two (2) calls;

- September 4, 2014: one (1) call;

- September 6, 2014: one (1) call;

- September 8, 2014: one (1) call

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

16. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

17. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

18. Statutory damages of $500.00 for each and every negligent violation of the TCPA

pursuant to 47 U.S.C. § (b)(3)(B);

19. Statutory damages of $1500.00 for each and every knowing and/or willful violation of

the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

20. All court costs, witness fees and other fees incurred; and

21. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:

Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone:  (323) 988-2400 ext. 267
Fax:      (866) 861-1390
Attorney for Plaintiff
FBN: 0882461

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Plaintiff, YVONNE RICE, says as follows:

1.  I am the Plaintiff in this civil proceeding.

2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.

6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, REBECCA NEWTON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _Aug 8/14_                    _____
                                      YVONNE RICE
                                      Plaintiff

VERIFIED COMPLAINT                                                        6