**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

YVONNE RICE,

      Plaintiff,                                      CASE NO. 8:14-cv-02921-VMC-MAP

v.

MANASSEH JORDAN MINISTRIES,

      Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

> **Plaintiff, YVONNE RICE.  Plaintiff's counsel does not possess information pertaining to Defendant's corporate relationships.**

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> **Plaintiff's counsel does not possess information pertaining to Defendant's corporate relationships.**

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

> **Plaintiff, YVONNE RICE.  Plaintiff's counsel does not possess information pertaining to Defendant's corporate relationships.**

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiff, YVONNE RICE.**

## CERTIFICATION OF NO CONFLICTS

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

> RESPECTFULLY SUBMITTED,
>
> By: /s/ Shireen Hormozdi
> Shireen Hormozdi
> Krohn & Moss, Ltd
> 10474 Santa Monica Blvd., Suite 405
> Los Angeles, CA 90025
> Phone:  (323) 988-2400 x 267
> Fax:    (866) 861-1390
> shormozdi@consumerlawcenter.com
> Attorney for Plaintiff
> Florida Bar No. 0882461

## CERTIFICATION OF FILING

I hereby certify that on December 1, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

> By: /s/ Shireen Hormozdi
>      Shireen Hormozdi