**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

YVONNE RICE,

    Plaintiff,                                           CASE NO. 8:14-cv-02921-VMC-MAP

v.

MANASSEH JORDAN MINISTRIES,

    Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: December 1, 2014                  RESPECTFULLY SUBMITTED,

                                             By:  /s/ Shireen Hormozdi
                                                  Shireen Hormozdi, Esq.
                                                  Krohn & Moss, Ltd
                                                 10474 Santa Monica Blvd., Suite 405
                                                 Los Angeles, CA 90025
                                                 Phone:  (323) 988-2400 ext. 267
                                                 Fax:    (866) 861-1390
                                                 Attorney for Plaintiff
                                                 FBN: 0882461

## **CERTIFICATION OF FILING**

      I hereby certify that on December 1, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                        By: /s/ Shireen Hormozdi
                              Shireen Hormozdi