# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

YVONNE RICE,

    Plaintiff,                                          CASE NO. 8:14-cv-02921-VMC-MAP

v.

MANASSEH JORDAN MINISTRIES,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

       YVONNE RICE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice MANASSEH JORDAN MINISTRIES (Defendant), in this case.

                                                  RESPECTFULLY SUBMITTED,

                                      By:  /s/ Shireen Hormozdi
                                             Shireen Hormozdi
                                             Krohn & Moss, Ltd
                                             10474 Santa Monica Blvd., Suite 405
                                             Los Angeles, CA 90025
                                             Phone:  (323) 988-2400 ext. 267
                                             Fax:     (866) 861-1390
                                             Attorney for Plaintiff
                                             FBN: 0882461

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 22, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

                /s/ Shireen Hormozdi
                Shireen Hormozdi
                Attorney for Plaintiff